JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANG HYUN SHIN,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>FOUNTAIN HIGH GROUP, et al.,<br><br>　　　　Defendant(s). | Case No.　CV-19-03114-R-RAO<br><br>**ORDER OF DISMISSAL<br>BY LACK OF PROSECUTION** |

　　Plaintiff was ordered to show cause in writing by not later than **September 27, 2019** why this action should not be dismissed for lack of prosecution;

　　WHEREAS, this period has elapsed without any action by plaintiff;

　　The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: September 30, 2019

　　　　　　　　　　　　　　　　_/s/ Gary Klausner_____
　　　　　　　　　　　　　　　　HONORABLE R. GARY KLAUSNER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE